UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                          CASE NO.  1:03-CR-048-SPM

**ENRIQUE MALDONADO PINEDA and**
**OMAR GARCIA VASQUEZ-CASARES,**

    **Defendants.**
_____/

**ORDER SETTING RESENTENCING**

**THIS CAUSE** comes before the Court upon the mandate issued by the Eleventh Circuit Court of Appeals (doc. 224) on March 1, 2006, wherein the appellate court remanded the case as to defendants Vasquez-Casares and Pineda for resentencing pursuant to <u>United States v. Booker</u>, 543 U.S. 220 (2005).

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    Sentencing is reset for ***Monday, May 1, 2006*** at ***1:30 pm*** at  the United States Courthouse in Gainesville, Florida.

2.    At sentencing, the Government shall be prepared to address the

issue of the two-level enhancement given to Vasquez-Casares for his role in the offense (*see* p. 11 of the appellate opinion).

3. The United States Marshal's Office is directed to arrange for timely transport of both defendants.

**DONE AND ORDERED** this <u>twenty-second</u> day of March, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao